PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LIANA KARAPETYAN,<br><br>  Defendant. | CASE NO. 2:21-CR-50 MCE<br><br>STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE<br><br>COURT: Hon. Morrison C. England, Jr. |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On March 2, 2021, the United States filed an information charging Liana Karapetyan with one count of health care fraud conspiracy, in violation of 18 U.S.C. § 1349, and one count of conspiracy to pay and receive health care kickbacks, in violation of 18 U.S.C. § 371.

2. On April 22, 2021, defendant pleaded guilty to both charges in the information, pursuant to a plea agreement.

3. The parties jointly request that the Court enter an order setting the following schedule for sentencing and disclosure of the presentence report:

   Judgment and sentencing: March 24, 2022

   Reply or statement of non-opposition: March 17, 2022

| | |
|---|---|
| Motion for correction: | March 10, 2022 |
| Presentence Report: | March 3, 2022 |
| Written objections: | February 24, 2022 |
| Proposed Presentence Report: | February 10, 2022 |

**IT IS SO STIPULATED.**

Dated:  August 23, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  August 23, 2021

/s/ JOHN R. DUREE, JR.
JOHN R. DUREE, JR.
Counsel for Defendant
Liana Karapetyan

**ORDER**

IT IS SO ORDERED.

Dated:  August 24, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING HEARING

2