PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
ROBIN TUBESING
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff, United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:21-CR-00050-TLN |
| Plaintiff, | **JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER THEREON** |
| v. | |
| LIANA KARAPETYAN, | [No Hearing Requested] |
| Defendant. | |

United States of America and Samuel Karapetyan ("Movants"), hereby move for an order authorizing Samuel Karapetyan, for the benefit of Liana Karapetyan ("Defendant"), to pay into the court's deposit fund pending the outcome of this criminal prosecution.  This Motion is based on the following grounds:

1.      On April 22, 2021, Defendant pled guilty to charges against her pursuant to a written plea agreement in which Defendant agreed to pay restitution of $2,075,000.00 to victim United States Department of Health and Human Services and a $200.00 special assessment.  Dckt. 8.

2.      Sentencing is set for March 24, 2022.  Dckt. 18.

3.      Samuel Karapetyan wishes to satisfy some or all of the special assessment and restitution for the benefit of Defendant via voluntary payments to the Clerk of the Court prior to Defendant's sentencing.

The Movants thus agree that:

1.      On or before the date of Defendant's sentencing, Samuel Karapetyan may make payments in partial or full satisfaction of the special assessment and restitution ("Deposit") to the Clerk of the Court as specified in the accompanying order.  The Deposit shall remain in the Court's deposit fund pending Defendant's sentencing in this case, or upon further order of the Court.

2.      The Deposit shall, upon sentencing, be applied towards the restitution and special assessment in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: 12/28/2021

By:      */s/ Matthew Thuesen*
MATTHEW THUESEN
Assistant United States Attorney

Dated: 12/27/2021           */s/ Samuel Karapetyan*
SAMUEL KARAPETYAN

**O R D E R**

The Court, having reviewed the court files and the Movants' Joint Motion for Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1.      On or before the date of Defendant's sentencing, Samuel Karapetyan may make payments in partial or full satisfaction of Defendant's special assessment and restitution via cashier's or certified check to the Clerk of Court.

2.      Defendant shall make the check(s) payable to the "Clerk of Court" and, in the note section of the check, state the case name and number (**US v. Karapetyan, Case No. 2:21-cr-00050-TLN**).  Samuel Karapetyan shall deliver the check(s) to:

> OFFICE OF THE CLERK
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

3.      Upon receipt, the Clerk shall promptly DEPOSIT the payment(s) into the Court's deposit fund.

4.      Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to Defendant's criminal case.

5.      Unless the Court orders otherwise, the Deposit shall, upon transferring the Deposit, be applied towards the special assessment and restitution in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

IT IS SO ORDERED.

Dated: December 29, 2021

Troy L. Nunley
United States District Judge