PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
ROBIN TUBESING
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff, United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> LIANA KARAPETYAN, <br><br> Defendant. | Case No.: 2:21-CR-00050-TLN <br><br> **MOTION TO MODIFY ORDER (ECF NO 20); AND ORDER THEREON** <br><br> [No Hearing Requested] |

The United States moves for an order modifying the order entered on December 29, 2021.

1. On December 29, 2021, the Court granted a motion requesting that Samuel Karapetyan be permitted to make payments in partial or full satisfaction of Defendant's special assessment and restitution prior to entry of judgment against her via cashier's or certified check. ECF No. 20.

2. The United States requests that the order be modified to include payments made by any individual or entity on behalf of Defendant and that payment may be made via cashier's check, certified check, regular check, or money order.

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

Dated: March 10, 2022        By:   /s/ MATTHEW THUESEN
                                    MATTHEW THUESEN
                                    Assistant United States Attorney

**O R D E R**

The Court, having reviewed the court files and the United States' Motion to Modify Order (ECF No. 20), and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. On or before the date of Defendant's sentencing, any individual or entity may make payments in partial or full satisfaction of Defendant's special assessment and restitution via cashier's check, certified check, regular check, or money order to the Clerk of Court.

2. The check(s) shall be made payable to the "Clerk of Court" and be delivered to:

>OFFICE OF THE CLERK
>501 I Street, Suite 4-200
>Sacramento, CA 95814

3. Upon receipt, the Clerk shall promptly DEPOSIT the payment(s) into the Court's deposit fund.

4. Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to Defendant's criminal case.

5. Unless the Court orders otherwise, the Deposit shall, upon transferring the Deposit, be applied towards the special assessment and restitution in the order stated in the Schedule of Payments section of the Judgment in a Criminal Case.

IT IS SO ORDERED.

DATED: March 14, 2022

Troy L. Nunley
United States District Judge