UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>    v.<br><br>LIANA KARAPETYAN,<br><br>                            Defendant. | CASE NO. 2:21-CR-00050-TLN<br><br>**SEALING ORDER** |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Request to File Under Seal, it is ORDERED that Defendant's Reply to Government's Sentencing Memorandum shall be sealed under further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the Government and counsel for Defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's request, sealing the document serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the document that would adequately protect the compelling interests identified by Defendant.

1

1     IT IS SO ORDERED.

2 **DATED: July 22, 2022**

3                                       Troy L. Nunley
                                      United States District Judge