GEORGE G. MGDESYAN (SBN 225476)
Mgdesyan Law Firm
4529 Sherman Oaks Ave
Sherman Oaks, CA 91403
Telephone (818) 386-6777
Facsimile (818) 754-6778
Email: george@mgdesyanlaw.com

Attorney for Defendant
LIANA KARAPETYAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

## —SACRAMENTO—

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00050-TLN-1 |
| Plaintiff, | |
| v. | ORDER SEALING DOCUMENTS |
| LIANA KARAPETYAN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Liana Karapetyan's *Ex Parte* Application For Order to File Document Under Seal is GRANTED. The documents sought to be filed under seal, including the *ex parte* application and this order shall be filed under seal.

DATED:  August 12, 2022

Troy L. Nunley
United States District Judge

2