GEORGE G. MGDESYAN (SBN 225476)
Mgdesyan Law Firm
4529 Sherman Oaks Ave
Sherman Oaks, CA 91403
Telephone (818) 386-6777
Facsimile (818) 754-6778
Email: george@mgdesyanlaw.com

Attorney for Defendant
LIANA KARAPETYAN

MATTHEW THUESEN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2918
Email: Matthew.Thuesen@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### —SACRAMENTO—

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:21-CR-00050-TLN-1 |
| Plaintiff, | ORDER TO CONTINUE SELF-SURRENDER DATE |
| vs. | |
| LIANA KARAPETYAN, | |
| Defendant. | |

HAVING CONSIDERED the parties' Stipulation to Continue Self-Surrender Date, IT IS HEREBY ORDERED that the prior self-surrender date of October 13, 2022 is continued to November 3, 2022. Defendant Liana Karapetyan shall self-surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on November 3, 2022. If

///

///

no such institution has been designated, to the United States Marshal in Los Angeles, California.

October 11, 2022
DATE

THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ George G. Mgdesyan*
GEORGE G. MGDESYAN
Attorney of Defendant
LIANA KARAPETYAN